**UNITED STATES BANKRUPTCY COURT**
**EASTERN DIVISION OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| IN RE: | Case No.: 17-20814 |
| | Chapter 7 |
| RWG PROPERTIES, LLC | Judge Wise |
| Debtor | |

**JOINT MOTION TO SELL DEBTOR'S REAL PROEPRTY**
**PURSUANT TO 11 U.S.C. §363, FREE OF ALL LIENS,**
**CLAIMS, ENCUMBRANCES AND INTERESTS**

Comes now the Trustee, Lori A. Schlarman, and respectfully moves this Court pursuant to Bankruptcy Rules of Procedure 2002, 6004 and 9014 and 11 U.S.C. §§ 363(b), (f) and (m), for the entry of an Order authorizing the sale of the real property commonly known as 400 West Third Street, Covington, Kentucky (the "Real Property")[1], and more particularly described in the attached Exhibit "A", free and clear of liens, encumbrances and interests, to 400 West Third, LLC, an unrelated, disinterested entity, or its designee or assignee ("Purchaser"). This sale has been reviewed and agreed to by the secured creditor SummitBridge National Investments V, LLC ("SummitBridge). The following representations in support of this Motion are tendered herewith.

**I.  BACKGROUND**

On June 12, 2017, RWG Properties, LLC, the Debtor, filed a voluntary petition for Chapter 7 Bankruptcy ("Petition Date"). On June 13, 2017, Lori A. Schlarman was appointed Interim Trustee in Bankruptcy. She was elected Trustee in Bankruptcy as a matter of law at the 341(a) Meeting of Creditors and has acted in that capacity at all times.

---

[1] The Real Property has also been referred to as 404 West Third Street, Covington, Kentucky. This address was used in the past when the building was divided between two tenants.

The Debtor is a limited liability company whose sole business was ownership and lease of the Real Property. Most recently the Debtor leased the Real Property to a related entity Theatre House, Inc., for the operation of a retail center and mail order business of theatre props, costumes and related merchandise (the "Inventory"). The Inventory is owned solely by Theatre House, Inc. and is not property of the bankruptcy estate.

On or about June 2, 2017, Theatre House, Inc. ceased operations. The Inventory remains stored at the Real Property.

The secured creditor, SummitBridge has a first mortgage on the Real Property as well as the first and best lien on the Inventory owned by Theatre House, Inc. which secures certain loans made to the Debtor and Theatre House, Inc. (the "loans"). Both loans are cross-collateralized with cross default terms. See POC, 1-1.

Both the Debtor and Theatre House, Inc. have defaulted on their loans with SummitBridge and a judgment was entered in the foreclosure pending in Kenton Circuit Court. As of the Petition Date, SummitBridge is owed $1,010,424.04.

The Purchaser is making simultaneous offers to purchase the Real Property from the bankruptcy estate and the Inventory from Theatre House, Inc./SummitBridge. Both sales are contingent upon the consummation of the other.

The Real Property was valued in the bankruptcy petition at $1,500,000. The tax value of the property set by the Kenton County Property Valuation Administrator is $850,000. Although not property of the bankruptcy estate, the Inventory has been valued in Debtor's Statement of Financial Affairs at $400,000.

## II. OFFER TO PURCHASE

The Trustee has received an offer to purchase the Real Property located at 400 West Third Street, Covington, Kentucky, from Purchaser in the amount of $850,000. The Purchaser has also made an offer to purchase the Inventory for the amount of $250,000. This sale will take place immediately prior to the sale of the Real Property. A closing on the sale of the Real Property shall take place within thirty (30) days from the issuance of this Court's Order approving the sale and a Deed executed in the name of the Purchaser or its properly designated assignee. Current year *ad valorem* taxes will be prorated according to time of ownership. The Purchaser will not assume or otherwise become obligated for any of the Debtor's other liabilities.

The proceeds from the two sales shall be distributed as follows:

Inventory Sale:

All proceeds shall first be disbursed to pay all costs of sale with all remaining proceeds being paid to SummitBridge for application to the total amount due and owing under its Notes and Security Agreements.

Real Property Sale:

All proceeds shall first be disbursed to pay all costs of sale including any back due and owing taxes.[2] As a condition of SummitBridge's consent to this sale, the amounts distributed for these closing costs will not exceed $35,000. The remaining proceeds shall be distributed to SummitBridge for application and payment of its remaining outstanding balance on the loans with all remaining funds, if any, being paid to the bankruptcy estate. HOWEVER, in all cases the bankruptcy estate shall be guaranteed a carve out of $55,000 from the proceeds, regardless of whether SummitBridge is paid in full on the loans. This amount shall be disbursed at closing to

---

[2] It is the Trustee's information and belief that the only outstanding taxes due and owing on the Real Property are *ad valorem* taxes due and owing the County of Kenton in the approximate amount of $22,000.

the Trustee and distributed according to the priorities as set forth in all applicable provisions of the U.S. Bankruptcy Code and further Orders of this Court. It is the intention of the Trustee to take her statutory commission on the total purchase price of the Real Property.

In the case of a carve out to the bankruptcy estate resulting from funds insufficient to pay the loans in full, SummitBridge shall be allowed a general unsecured claim for its remaining balance due and owing as of the date of closing. It is understood and agreed that no money shall be returned to the debtor, or paid on equity claims, until and unless SummitBridge is paid in full on all loans.

Following the sale, the Trustee will file with the court a post-closing report which will include a statement detailing the closing costs incident to sale.

All parties believe this offer to purchase the Real Property from the bankruptcy estate is fair and reasonable and constitutes reasonably equivalent value and fair consideration under the Bankruptcy Code and other applicable law(s). The Real Property is currently insured with utility service in place so that a security monitoring service remains operational. This sale allows for a quick liquidation of property of the estate with an estimated large percentage of payment being made to unsecured creditors. It also allows for the secured creditor to receive a distribution much faster than any other state remedy could generate, without the need for real estate listing, receiver or other fees.

WHEREFORE, the Trustee, Lori A. Schlarman, respectfully requests from this Court an Order authorizing and approving sale of the real property located at 400 West Third Street, Covington, Kentucky, free and clear of liens, interests and encumbrances to 400 West Third Street, LLC for the purchase price of $850,000 for distribution as set forth above.

        Respectfully submitted,

        /s/ Lori A. Schlarman
        Lori A. Schlarman
        Bankruptcy Panel Trustee
        P.O. Box 387
        Hebron, KY  41048
        (859) 586-1526

HAVE SEEN AND AGREED:

 /s/ Brian R. Pollock
Brian R. Pollock
STITES & HARBISON, PLLC
400 West Market Street, Ste. 1800
Louisville, KY  40202-3352
Attorney for Summitbridge


 /s/ Michael B. Baker
Michael B. Baker
THE BAKER FIRM, PLLC
2131 Chamber Center Drive
Ft. Mitchell, KY  41017
Attorney for Debtor

## NOTICE

Unless a written objection is made to the Trustee's proposed sale, to the U.S. Bankruptcy Court, P.O. Box 1111, Lexington, Kentucky 40588-1111, which indicates a copy was sent to the Trustee, within fourteen (14) days of the date of this notice, the Court may enter the Order and the Trustee will immediately proceed to sell the asset(s) as set forth herein without further proceedings from the Court.

## CERTIFICATION

I do hereby certify that a true and correct copy of the foregoing was served, via electronic means, or regular U.S. Mail, postage pre-paid, as indicated below, to the following list, this 25th day of July, 2017.

        /s/ Lori A. Schlarman
        Lori A. Schlarman


U.S. Trustee    ustpregion08.lx.ecf@usdoj.gov
Michael B. Baker    mbaker@bakerlawky.com
Brian R. Pollock    bpollock@stites.com

RWG Properties, LLC |2429 Amsterdam Rd.|Villa Hills, KY 41017-3715||||
KENTON COUNTY ATTORNEY |303 COURT STREET|THIRD FLOOR|COVINGTON KY 41011-1639| ||
RICHARD W. GAUKEL |2429 AMSTERDAM RD|VILLA HILLS KY 41017-3715| |||
SANITATION DISTRICT NO. 1 |1045 EATON DRIVE|FT. WRIGHT KY 41017-9681| |||
SUMMITBRIDGE NATIONAL INVESTMENTS V LLC |C/O SUMMIT INVESTMENTS MANAGEMENT LLC|1700 LINCOLN ST, STE 2150|DENVER CO 80203-4500| ||
TAMARA A. LENGEL GAUKEL |2429 AMSTERDAM RD|VILLA HILLS KY 41017-3715| |||
THE CITY OF COVINGTON, KY. |20 WEST PIKE ST.|ATTN CITY SOLICITOR| COVINGTON KY 41011-2994| ||
THEATER HOUSE, INC. |400 WEST THRID STREET|COVINGTON KY 41011| |||