**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

In re: RWG PROPERTIES, LLC                  § Case No. 17-20814
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Lori A Schlarman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                       Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $792,291.29    Claims Discharged
                                                Without Payment: $47,739.10

Total Expenses of Administration: $57,708.71

---

3) Total gross receipts of $ 850,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $850,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $784,394.79 | $784,394.79 | $784,394.79 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 57,708.71 | 57,708.71 | 57,708.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 958,966.23 | 52,700.60 | 52,700.60 | 7,896.50 |
| **TOTAL DISBURSEMENTS** | $958,966.23 | $894,804.10 | $894,804.10 | $850,000.00 |

  4) This case was originally filed under Chapter 7 on June 12, 2017. The case was pending for 10 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2018   By: /s/Lori A Schlarman
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 400 West 3rd Street Covington KY 41011 Property | 1110-000 | 850,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$850,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | The City of Covington, Ky. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kenton County Attorney | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| | Summitbridge National | 4110-000 | N/A | 760,000.00 | 760,000.00 | 760,000.00 |
| | Kenton County | 4700-000 | N/A | 21,621.43 | 21,621.43 | 21,621.43 |
| | Kenton County Attorney | 4700-000 | N/A | 2,773.36 | 2,773.36 | 2,773.36 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$784,394.79** | **$784,394.79** | **$784,394.79** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Lori A Schlarman | 2100-000 | N/A | 45,750.00 | 45,750.00 | 45,750.00 |
| Trustee Expenses - Lori A Schlarman | 2200-000 | N/A | 78.36 | 78.36 | 78.36 |
| Other - Kenton County/City of Covington | 2500-000 | N/A | 9,755.21 | 9,755.21 | 9,755.21 |
| Other - Kenton County Clerk | 2500-000 | N/A | 850.00 | 850.00 | 850.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - U.S. | 2700-000 | N/A | 181.00 | 181.00 | 181.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.27 | 34.27 | 34.27 |
| Other - Kentucky Department of Revenue | 2820-000 | N/A | 175.00 | 175.00 | 175.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.17 | 76.17 | 76.17 |
| Other - Jerry Bailer | 3410-000 | N/A | 725.00 | 725.00 | 725.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.70 | 83.70 | 83.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $57,708.71 | $57,708.71 | $57,708.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | SUMMITBRIDGE NATIONAL INVESTMENTS V LLC | 7100-000 | 956,031.23 | 52,700.60 | 52,700.60 | 7,896.50 |
| NOTFILED | Sanitation District No. 1 | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard W. Gaukel | 7100-000 | 2,835.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$958,966.23** | **$52,700.60** | **$52,700.60** | **$7,896.50** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-20814  
**Case Name:** RWG PROPERTIES, LLC  

**Period Ending:** 03/26/18

**Trustee:** (370510) Lori A Schlarman  
**Filed (f) or Converted (c):** 06/12/17 (f)  
**§341(a) Meeting Date:** 07/12/17  
**Claims Bar Date:** 10/10/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  400 West 3rd Street Covington KY 41011 Property Imported from original petition Doc# 1 | 1,500,000.00 | 543,968.77 | | 850,000.00 | FA |
| 2  A/R Over 90 days old. Face amount = $0.00. Doubt Imported from original petition Doc# 1  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 2  Assets   Totals (Excluding unknown values) | **$1,500,000.00** | **$543,968.77** | | **$850,000.00** | **$0.00** |

RE PROP# 2    Unpaid rent

---

**Major Activities Affecting Case Closing:**

Contacted by debtor's counsel immediately upon appt.  RE of value near $1million.

Near daily negotiations with secured creditor regarding 363.  Begin contact potential purchasers

7-12-17 341 and open as asset.

7-25-17 Mtn to sell 363 (f)

8-15-17 Closing

9-1-17 App to Employ Accountant.

10-2-17 Tax Returns and Prompt Deter request sent to IRS

**Initial Projected Date Of Final Report (TFR):**    May 8, 2018          **Current Projected Date Of Final Report (TFR):**    November 20, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-20814  
**Case Name:** RWG PROPERTIES, LLC  

**Taxpayer ID #:** **-***6660  
**Period Ending:** 03/26/18  

**Trustee:** Lori A Schlarman (370510)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $6,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/17/17 | | Wallace Boggs PLLC | Carve Out from Real Estate Sale | | 55,000.00 | | 55,000.00 |
| | {1} | 400 West Third Street LLC | Gross Sale Price  850,000.00 | 1110-000 | | | 55,000.00 |
| | | Summitbridge National | Mortgage Payment  -760,000.00 | 4110-000 | | | 55,000.00 |
| | | Kenton County | Delinquent property taxes  -21,621.43 | 4700-000 | | | 55,000.00 |
| | | Kenton County Attorney | Attorney Fees to Kenton County on Taxes  -2,773.36 | 4700-000 | | | 55,000.00 |
| | | Kenton County/City of Covington | Pro rated City and county 2017 taxes  -9,755.21 | 2500-000 | | | 55,000.00 |
| | | Kenton County Clerk | Transfer Tax  -850.00 | 2500-000 | | | 55,000.00 |
| 08/21/17 | 101 | U.S. Bankruptcy Court Clerk | 363 Filing Fee | 2700-000 | | 181.00 | 54,819.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.27 | 54,784.73 |
| 09/28/17 | 102 | Kentucky Department of Revenue | Final Return Tax Payment - no order needed per local rule | 2820-000 | | 175.00 | 54,609.73 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.17 | 54,533.56 |
| 10/26/17 | 103 | Jerry Bailer | Accountant Fee Court Order 10/24/17 | 3410-000 | | 725.00 | 53,808.56 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.70 | 53,724.86 |
| 02/14/18 | 104 | SUMMITBRIDGE NATIONAL INVESTMENTS V LLC | Dividend paid 14.98% on $52,700.60; Claim# 1 -2; Filed: $52,700.60; Reference: | 7100-000 | | 7,896.50 | 45,828.36 |
| 02/14/18 | 105 | Lori A Schlarman | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 45,828.36 | 0.00 |
| | | | Dividend paid 100.00%  45,750.00 on $45,750.00;  Claim# ; Filed: $45,750.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%  78.36 on $78.36;  Claim# ; Filed: $78.36 | 2200-000 | | | 0.00 |

|  |  | ACCOUNT TOTALS | 55,000.00 | 55,000.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | 55,000.00 | 55,000.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$55,000.00** | **$55,000.00** | |

{} Asset reference(s)

Printed: 03/26/2018 10:16 AM     V.13.32

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-20814
**Case Name:** RWG PROPERTIES, LLC

**Taxpayer ID #:** **-***6660
**Period Ending:** 03/26/18

**Trustee:** Lori A Schlarman (370510)
**Bank Name:** Rabobank, N.A.
**Account:** ******0666 - Checking Account
**Blanket Bond:** $6,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
|  | **Checking # ******0666** | **55,000.00** | **55,000.00** | **0.00** |
|  |  | **$55,000.00** | **$55,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 03/26/2018 10:16 AM    V.13.32